IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN B SHEFFIELD,

    Plaintiff,

v.                                     CASE NO. 4:11-cv-00245-MP-GRJ

RANDOLPH P MURRELL,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's motion to proceed in forma pauperis, Doc. 2, be denied and that the complaint, Doc. 1, be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.  Plaintiff has not objected to the recommendation, and the time for doing so has passed.  Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 4, is ACCEPTED and incorporated herein.

2.    Plaintiff's motion to proceed in forma pauperis, Doc. 2, is DENIED.

3.    Plaintiff's complaint, Doc. 1, is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

    **DONE AND ORDERED** this  *13th* day of July, 2011

                            *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge